# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULLVIEW, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>POLYCOM, INC., a California corporation,<br><br>            Defendant. | Case No. 5:18-cv-00510-EMC<br><br>**[P~~ROPO~~SED] ORDER TO STAY ACTION PENDING RESOLUTION OF RE-EXAMINATION PROCEEDING** |

1 **O R D E R**

2 Having reviewed and considered the Joint Stipulation to Stay, and good cause appear for

3 same, this case is stayed pending resolution of the re-examination of U.S. Patent No. 6,700,711 at

4 the United States Patent and Trademark Office, Control Number 95/001876, Appeal Number 2016-

5 008299, *Polycom, Inc. v. Fullview, Inc.*, and any further proceedings at the U.S. Court of Appeals

6 for the Federal Circuit arising out of that reexamination (collectively, the "'711 Reexam"). The

7 parties shall file a case status report to notify the Court of the progress of the '711 Reexam every

8 six months.

9 **IT IS SO ORDERED.** The CMC is reset from 5/3/18 to 11/8/18 at 9:30 a.m. Joint CMC Statement shall be filed by 11/1/18.

10 DATED: 3/7/18

11 _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER TO STAY ACTION PENDING RESOLUTION OF RE-EXAMINATION PROCEEDING   CASE NO. 5:18-CV-510-EMC